**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAPITOL ENVIRONMENTAL SERVICES, INC., : <br> Plaintiff, : <br> : <br> v. : <br> : <br> WILSONPARK, LTD. and SKYLINE INVESTMENT : <br> GROUP, INC., : <br> Defendants. : | No.   5:24-cv-2387 |

**O R D E R**

**AND NOW**, this 1st day of July, 2024, upon consideration of the stipulation of the parties for an extension of time for Defendants to file an answer to Plaintiff's Complaint, ECF No. 11,

**IT IS HEREBY ORDERED THAT:**

1. The stipulation, ECF 11, is **approved and granted in part and disapproved and denied in part**; and

2. Defendants' deadline to file an Answer to Plaintiff's Complaint, only, and for no other purpose, is extended through and including August 5, 2024.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge